**Electronically Filed
Supreme Court
SCWC-16-0000398
13-NOV-2017
02:17 PM**

SCWC-16-0000398

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

YURIE YAMANO, Petitioner/Plaintiff-Appellant,

vs.

DOCTOR KEIICHI KOBAYASHI and DOCTOR KATIE HUANG,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000398; CIVIL NO. 14-1-2135 (RAN))

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner/Plaintiff-Appellant Yurie Yamano's "Petition [for] Permission to File a Supplemental Brief to Further Explain the Appellant/Plaintiff's . . . Application for Writ of Certiorari," filed October 24, 2017 (which this court construes as a motion for leave to file a supplemental brief), and the record herein,

IT IS HEREBY ORDERED that the motion is denied as unnecessary.

Additionally, upon further consideration of the records and files in this case, it appearing that the writ of certiorari herein was improvidently granted,

IT IS FURTHER ORDERED that this certiorari proceeding is dismissed.

DATED:  Honolulu, Hawaiʻi, November 13, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson